UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 12 |
| | ) | |
| EDWARD PETERSON and | ) | CASE NO. 10-70557 |
| CONNIE PETERSON, | ) | |
| | ) | |
| Debtors. | ) | |

## NOTICE OF FINAL APPLICATION FOR COMPENSATION OF ATTORNEYS FOR THE DEBTOR

STEPHEN G. BALSLEY, has filed a Final Application for Compensation of Attorneys for the Debtor with the Court in the above-captioned case, for the sum of $1,350.00.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you want the Court to consider your views on the Motion, then you or your attorney must:

1. File a written response to the above motion on or before the date set for the hearing on the motion at the United States Bankruptcy Court, 327 South Church Street, Room 1100, Rockford, IL 61101, or

2. Attend the hearing scheduled to be held on **October 4, 2013 at 11:00 a.m.** at the United States Bankruptcy Court, 327 South Church Street, Room 3100, Rockford, IL 61101.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to Attorney Stephen G. Balsley, Barrick, Switzer, Long, Balsley & Van Evera, 6833 Stalter Drive, Rockford, IL 61108.

If you file a response, attend the hearing on the motion scheduled to be held on **October 4, 2013 at 11:00 a.m.** at the United States Bankruptcy Court, 327 South Church Street, Room 3100, Rockford, IL 61101.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion or Objection and may enter an Order granting that relief.

Dated: September 23, 2013

_____
STEPHEN G. BALSLEY

Stephen G. Balsley
**BARRICK, SWITZER, LONG,
BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611

## PROOF OF SERVICE

I, the undersigned, certify that a copy of the foregoing document was served upon:

SEE ATTACHED SERVICE LIST

That I sealed said envelope and placed sufficient United States postage on each; that I deposited said envelope so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m. on September 24, 2013.

*/s/ Cindy M. Sansone*

Stephen G. Balsley
**BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL  61108
Telephone:  815/962-6611
FAX:  815/962-0687

```
Label Matrix for local noticing      Ford Motor Credit Company LLC       Hintzsche Fertilizer, Inc
0752-3                               C/O Steven L. Nelson                P.O. Box 367
Case 10-70557                        P.O. Box 3700                       Hinckley, IL 60520-0367
Northern District of Illinois        Rock Island, IL 61204-3700
Rockford
Thu Mar  7 12:58:45 CST 2013

Resource Bank, N.A.                  U.S. Bankruptcy Court               Bernice Sexauer
555 Bethany Road                     Western Division                    3500 Churt Street
DeKalb, IL 60115-4941                327 South Church Street             #408
                                     Rockford, IL 61101-1320             Evanston, IL 60203


CNH Capital                          Capital One Bank (USA), N.A.        Chase Bank USA, N.A.
P.O. Box 1083                        by American Infosource Lp As Agent  PO Box 15145
Evansville, IN 47706-1083            PO Box 71083                        Wilmington, DE 19850-5145
                                     Charlotte, NC 28272-1083


Diversified Crop Insurance Services  Ford Motor Credit Company           (p)FORD MOTOR CREDIT COMPANY
1608 A West Lafayette                c/o Steven Nelson                   PO BOX 6275
Jacksonville, IL 62650-1980          POB 3700                            DEARBORN MI 48121-6275
                                     Rock Island, IL 61204-3700


George Helmold                       Gus Grabbe/Verne R Grabbe           Hintzsche Fertilizer, Inc.
34090 Harrison Road                  3515 Herman Rd                      2S181 County Line Road
Genoa, IL 60135-8529                 Lee, IL 60530-9630                  Maple Park, IL 60151


LGS Health Systems                   PHI Financial Services              PHI Financial Services, Inc.
3500 490th Avenue                    P.O. Box 660635                     c/o Abendroth and Russell, P.C.
Bricelyn, MN 56014-2065              Dallas, TX 75266-0635               2560 73rd Street
                                                                         Urbandale, IA 50322-4700


Pierce Pork LLC                      Resource Bank                       Richard Helmold
18757 Somonauk Road                  Attn:  Ted Strack                   P.O. Box 347
DeKalb, IL 60115-8740                555 Bethany Road                    Waterman, IL 60556-0347
                                     Dekalb, IL 60115-4941


Sallie Mae                           Sallie Mae Trust                    Connie C Peterson
POB 9533                             c/o Sallie Mae Inc.                 28968 Glidden Road
Wilkes Barre, PA 18773-9533          220 Lasley Ave                      Kingston, IL 60145-8335
                                     Wilkes-Barre, PA 18706-1496


Edward L Peterson                    Lydia Meyer                         Patrick S Layng
28968 Glidden Road                   Lydia Meyer - 13 Trustee            Office of the U.S. Trustee, Region 11
Kingston, IL 60145-8335              P.o. Box 14127                      780 Regent St.
                                     Rockford, IL 61105-4127             Suite 304
                                                                         Madison, WI 53715-2635


Stephen G Balsley
Barrick, Switzer, Long, Balsley, etal
6833 Stalter Drive
Rockford, IL 61108-2582
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 12 |
| | ) | |
| EDWARD PETERSON and | ) | CASE NO. 10-70557 |
| CONNIE PETERSON, | ) | |
| | ) | |
| Debtors. | ) | |

## FINAL APPLICATION FOR COMPENSATION OF ATTORNEYS FOR THE DEBTOR

NOW COMES, STEPHEN G. BALSLEY, and the law firm of BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, and applies to the court for award of compensation as attorneys for the Debtors, EDWARD PETERSON and CONNIE PETERSON, and in support thereof states as follows:

1. The Debtors filed for relief under Chapter 12 of the United States Bankruptcy Code on February 10, 2010.

2. Pursuant to a Motion and Notice, the Court entered an Order authorizing the Debtors to employ STEPHEN G. BALSLEY and the law firm of BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP in said Chapter 12 bankruptcy proceeding on March 19, 2010.

3. The Court confirmed the Chapter 12 Plan of the Debtors on July 23, 2010.

4. The applicant has rendered legal services to the Debtors during the Chapter 12 proceeding as itemized on Exhibit A attached hereto and made a part hereof.

5. The rendering of services by applicant were for the benefit of the Debtor and the bankruptcy estate and are reasonable and necessary for the proper administration of the bankruptcy estate.

6. The confirmed Chapter 12 Plan provides for the Debtors to pay cost of administration.

7. STEPHEN G. BALSLEY and the law firm of BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP have rendered services to the Debtor at the rate of $225.00 per hour for a total of 6.00 hours, of which were performed by Attorney Stephen G. Balsley.

8.  The applicant requests that the Court enter an award of compensation for attorney fees in the total sum of $1,350.00 for services rendered from March 11, 2013 through July 25, 2013.

9.  This is the Applicant's Final fee Application in the case. The first Application for Compensation was filed with the court on August 4, 2010 and said application was approved by the Court on August 27, 2010 in the sum of $14,805.00. The second Application for Compensation was filed with the Court on March 8, 2011 and said Application was approved by the Court on April 1, 2011 in the sum of $1,920.00. The third Application for Compensation was filed with the Court on April 10, 2012 and said Application was approved by the Court on May 11, 2012 in the sum of $1,822.50. The fourth Application for Compensation was filed with the Court on March 18, 2013 and said Application was approved by the Court on April 5, 2013 in the sum of $1,485.00.

10. The Debtors have made all of the payments required by their confirmed Chapter 12 Plan. The case is ready to be closed after the Trustee's submission of her Final Report and Account.

WHEREFORE, the applicant, STEPHEN G. BALSLEY and the law firm of BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP, moves the Court to enter an award of compensation in the sum of $1,350.00 and that the Debtors pay the balance of attorney fees to applicant in the sum of $1,350.00.

_____
STEPHEN G. BALSLEY

Stephen G. Balsley
**BARRICK, SWITZER, LONG,**
 **BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL  61108
Telephone:  815/962-6611
FAX:  815/962-0687

Law Offices<br>
BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP<br>
6833 Stalter Drive, First Floor<br>
Rockford, IL 61108<br>
(815) 962-6611   FAX (815) 962-0687<br>
FEIN 36-2408289

---

|  |  |  | PAGE: 1 |
|---|---|---|---|
| EDWARD L. & CONNIE PETERSON |  |  | 09/23/2013 |
| 28968 GLIDDEN ROAD |  | ACCOUNT NO: | 57347-000Z |
| KINGSTON IL 60145 |  | STATEMENT NO: | 9 |

RE: BANKRUPTCY

INTERIM STATEMENT

| Date | Description | Hours | Amount |
|---|---|---|---|
| 03/11/2013 | RECEIVE AND REVIEW AND FILE MONTHLY OPERATING REPORT FOR FEBRUARY AND FORWARD COPY TO TRUSTEE | 0.30 | 67.50 |
|  | CORRESPONDENCE TO TRUSTEE WITH ANNUAL PAYMENT FOR UNSECURED CREDITORS AND TRUSTEE FILE | 0.20 | 45.00 |
| 04/03/2013 | COURT APPEARANCE REGARDING APPLICATION FOR COMPENSATION. | 1.00 | 225.00 |
| 04/08/2013 | RECEIVE AND REVIEW AND FILE MONTHLY OPERATING REPORT FOR MARCH, 2013 AND FORWARD COPY TO TRUSTEE | 0.30 | 67.50 |
| 04/11/2013 | RECEIVE AND REVIEW PAYMENT CALCULATIONS FROM TRUSTEE MEYER AND FORWARD SAME TO CLIENT | 0.30 | 67.50 |
| 05/08/2013 | RECEIVE AND REVIEW MONTHLY OPERATING REPORT; CORRESPONDENCE TO TRUSTEE REGARDING SAME AND BALANCE OF PAYMENT TO UNSECURED CREDITORS | 0.30 | 67.50 |
| 06/12/2013 | RECEIVE AND REVIEW AND FILE OPERATING REPORT FOR MAY AND SEND COPY TO TRUSTEE | 0.30 | 67.50 |
| 06/26/2013 | PHONE CONFERENCE WITH CLIENT REGARDING FINAL REPORT | 0.20 | 45.00 |
| 07/08/2013 | CORRESPONDENCE TO BANK'S ATTORNEY REGARDING BALANCE DUE ON EQUIPMENT LOAN | 0.20 | 45.00 |
|  | RECEIVE AND REVIEW CHAPTER 11 PLAN PAYMENT AND CONFIRMATION ORDER; CORRESPONDENCE TO CLIENT REGARDING SAME | 0.50 | 112.50 |
|  | RECEIVE AND REVIEW AND FILE MONTHLY OPERATING REPORT AND SEND COPY TO TRUSTEE | 0.30 | 67.50 |
| 07/17/2013 | OFFICE CONFERENCE WITH CLIENTS; CORRESPONDENCE TO TRUSTEE REGARDING FINAL PAYMENT; DRAFT REPORT OF PAYMENT; CORRESPONDENCE TO BANK'S ATTORNEY | 0.50 | 112.50 |
| 07/19/2013 | RECEIVE AND REVIEW CORRESPONDENCE FROM ATTORNEY LUNDGREN REGARDING BALANCE DUE RESOURCE BANK AND |  |  |

Case 10-70557   Doc 122   Filed 09/24/13   Entered 09/24/13 11:56:41   Desc Main
Document   Page 7 of 7

EDWARD L. & CONNIE PETERSON

PAGE: 2
09/23/2013
ACCOUNT NO: 57347-000Z
STATEMENT NO: 9

RE: BANKRUPTCY

| Date | Description | Hours | Amount |
|---|---|---|---|
| | FORWARD COPY TO CLIENT | 0.30 | 67.50 |
| 07/25/2013 | RECEIVE AND REVIEW UPDATES TO REPORT AND CHECKS FROM CLIENT; REVISE REPORT OF PROPOSED PAYMENT; PHONE CONFERENCE WITH CHAPTER 12 TRUSTEE | 1.00 | 225.00 |
| | CORRESPONDENCE TO ATTORNEY TAIT LUNDGREN REGARDING FINAL PAYMENT AND STATUS; SEND COPIES TO CLIENT | 0.30 | 67.50 |
| | FOR CURRENT SERVICES RENDERED | 6.00 | 1,350.00 |
| | TOTAL CURRENT WORK | | 1,350.00 |
| | BALANCE DUE | | $1,350.00 |

WE ACCEPT AMERICAN EXPRESS, DISCOVER, MASTERCARD & VISA

PLEASE INCLUDE YOUR ACCOUNT NUMBER WITH YOUR PAYMENT